# EXHIBIT - 11

Internal Documents Point to Collusion between California State Regu... https://www.universityherald.com/articles/79450/20241217/internal-...

# UNIVERSITY HERALD

Academics    Students    Special    Sports    Career    College    Opinion

# Internal Documents Point To Collusion Between California State Regulator BPPE And Newsweek In Attempt To Shut Down Olivet University

[Chris John](#)   Updated: Dec 19 2024, 14:14 PM EST

Side-by-side comparison of the Dawkins special investigation report presented by BPPE at the November 4-6 Olivet University hearing, showing BPPE's modifications to conceal Naveed Jamali's role as the source of the inquiry.

Internal Documents Point to Collusion between California State Regulator BPPE and Newsweek in Attempt to Shut Down Olivet University    6/28/25, 10:26 PM

Case 1:25-cv-05394-VM    Document 1-11    Filed 06/29/25    Page 4 of 6

On December 13, California's Bureau for Private and Postsecondary Education (BPPE) announced the revocation of the license of Olivet University, a Christian school based in Anza, California. The school, however, applied for religious exemption and is thus now exempt by statute from government regulations. This allows Olivet University to freely operate its religious programs indefinitely. The school also plans to appeal BPPE's recent decision.

Yet, the harsh punishment by BPPE is coming under scrutiny as evidence emerges of the state agency's apparent collusion with Newsweek editor-at-large Naveed Jamali, and the efforts of BPPE to cover it up by altering documents, ignoring evidence and even lying about the investigation.

## BPPE investigation instigated by Newsweek, not based on student complaints

As a division under the Department for Consumer Affairs, BPPE's mission is to "protect students and consumers in California and beyond". It takes enforcement action if complaints are raised about how a school serves its student body. Nevertheless, in the case of Olivet University, the origin of the complaint came from elsewhere.

[An internal document obtained by this publication](#) reveals that the first version of BPPE's investigation report clearly states that Newsweek's Jamali contacted the agency with allegations based on false reporting. Initially, BPPE listed "Naveed Jamali" as complainant and even acknowledged that 'said allegations are not within the Bureau's jurisdiction', but it launched an investigation anyway.

A later edited version of the same report, however, downplayed the role of Newsweek and removed all references to Jamali – instead referring to a "BPPE Internal Tip" – and no longer states that the original complaint was

Internal Documents Point to Collusion between California State Regulator BPPE and Newsweek in Attempt to Shut Down Olivet University    6/28/25, 10:26 PM

Case 1:25-cv-05394-VM    Document 1-11    Filed 06/29/25    Page 5 of 6

outside of its authority, raising questions of transparency and integrity.

Per [BPPE's own rules](), "non-jurisdictional allegations [...] will be referred to the appropriate entity with jurisdiction over the subject matter." By claiming the investigation was instigated simply by a "complaint," the BPPE falsely implied that student complaints were the root of the issue and so breached their own policies by failing to accurately inform the school of the true nature of the complaint.

### Ignoring students, dismissing evidence, lying in court

BPPE then went ahead with its investigation and site visits based on a false narrative fed by Newsweek. Rather than verifying the facts and noting Newsweek's ulterior motive of attacking the school, BPPE seemed intent on finding faults with the school that would align with the misinformation it was fed.

Its manipulation by Newsweek and willingness to cover up its tracks became even more evident during a court hearing held in early November.

BPPE witnesses did not bring any student complaints during the 20-hour hearing. Instead, student witnesses who gave testimonies about their excellent experience at the school were ignored. Student witnesses also cast doubt on claims by the BPPE investigators that they did not question students, with one student telling the hearing that they were in fact questioned.

### Other Agencies

The Association of Biblical Higher Education (ABHE), which works under the authorization of the Council for Higher Education Accreditation (CHEA) and is recognized by the U.S. Department of Education (ED) appears to have

Internal Documents Point to Collusion between California State Regulator BPPE and Newsweek in Attempt to Shut Down Olivet University

Case 1:25-cv-05394-VM    Document 1-11    Filed 06/29/25    Page 6 of 6

6/28/25, 10:26 PM

come to different conclusions in their latest site visit.

Olivet University provided University Herald the following statement:

"Olivet University is currently accredited by the Association for Biblical Higher Education, and is not under any sanction."

According to ABHE's website, "accredited status is granted to institutions that evidence substantial compliance with ABHE's Institutional Accreditation Standards, including documentation of the appropriateness, rigor, and achievement of stated student learning outcomes and all other Title IV eligibility requirements."

ABHE's website states that Olivet was placed on good standing in February, 2024. Email correspondence between ABHE and BPPE further reveals that the team sent by ABHE to evaluate Olivet in April 2023, was fully aware of BPPE's accusations.

The difference in treatment and results raise the real possibility that Newsweek's influence on BPPE led to an investigation with a predetermined outcome. BPPE declined University Herald's requests for comments.

© 2025 University Herald, All rights reserved. Do not reproduce without permission.